1 | James P. Watson (SBN 046127)
2 | Bruce K. Leigh (SBN 129753)
  | STANTON, KAY & WATSON, LLP
3 | 101 New Montgomery, Fifth Floor
  | San Francisco, CA  94105
4 | Telephone:  (415) 512-3501
  | Facsimile:  (415) 512-3515

5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.:  C-05-3349 MMC |
|---|---|
| Plaintiffs, | PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER |
| v. | |
| ATOLL TOPUI ISLAND, INC., a California corporation; and LOPETI KITEAU TOPUI, an individual, | |
| Defendant. | |

Now come the plaintiffs, hereinabove named, and request that the within action be dismissed, without prejudice.  The reason for the request is that the plaintiffs and the defendants have entered into a tentative settlement arrangement which is very likely to result in complete disposition of the entire matter and no purpose would be served in continuing the action at this time.

///

///

///

-1-
PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER [CASE NO. C-05-3349 MMC]

Defendants have not yet appeared in the action, and are therefore not required to sign the consent for dismissal.

DATED: November 21, 2005                       STANTON, KAY & WATSON, LLP

By _____
    JAMES P. WATSON

Attorneys for Plaintiffs

---

## [PROPOSED] ORDER

Pursuant to the aforesaid request, it is hereby ORDERED that this case be DISMISSED, WITHOUT PREJUDICE.

Dated: November 27, 2005                       _____
                                               HON. MAXINE M. CHESNEY
                                               UNITED STATES DISTRICT JUDGE

F:\CASES\7000\7000.1045 Atoll Topui Island Inc\PLEADINGS\REQUEST FOR DISMISSAL AND PROPOSED ORDER.doc